
Case 1:14-cr-00143-RDB   Document 7   Filed 04/11/14   Page 1 of 1

**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHAL
BALTIMORE, MD

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
2014 MAR 28   AM 8:58
2014 MAR 27   P 4:38
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>ANTWANE KNIGHT,<br>a/k/a "Twan,"<br><br>*Defendant* | Case No. RDB-14-0143 |

APR 11 2014
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANTWANE KNIGHT a/k/a "Twan,"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to distribute heroin, in violation of 21 U.S.C. Section 846

Date: 3-27-14

_____
*Issuing officer's signature*

City and state:   Baltimore, Maryland

U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/11/14 , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: 4/11/14

TFO KSP
*Arresting officer's signature*

TFO K.M. Sokoloski
*Printed name and title*