**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. RDB-14-0143** |
| | : | |
| | : | |
| **ANTWANE KNIGHT** | : | |
| | .oOo. | |

**MOTION FOR EXCLUSION OF TIME FROM
SPEEDY TRIAL COMPUTATIONS**

The United States of America, by and through undersigned counsel, hereby moves this Court as follows:

1.      The Speedy Trial Act, 18 U.S.C. § 3161, normally requires that trial on an indictment take place within 70 days of the initial appearance or return of indictment in a matter.

2.      On May 23, 2014, the Court held a scheduling conference call with counsel for both parties.   The following dates were set, and were confirmed in a scheduling order:

Motions are to be filed by July 11, 2014;

A motions hearing has been scheduled for August 4, 2014; and

Trial has been scheduled for October 20, 2014.

3.      At this time, discovery is being provided to the defendant and plea negotiations are anticipated.   The parties anticipate substantial discovery, including wiretap recordings, wiretap applications, police reports and other materials.   The parties also anticipate plea negotiations.   Defense counsel will need sufficient time to review the discovery in this case, to discuss the case with her client, to consider plea options, and to prepare pretrial motions.   The defense has also requested the preparation of a pre-plea criminal history report, which will aid the parties in their discussions.

4.      The Government requests an exclusion of time under the Speedy Trial Act, from the date of this Motion through the trial date of October 20, 2014.   The circumstances of this case permit such a delay and a continuance of the trial date beyond the normal seventy-day time frame.   This case is the prosecution of a drug-trafficking conspiracy following a wiretap investigation, which lasted for several months and included numerous instances of law enforcement surveillance, interception of narcotics, and search warrants.   A superseding indictment is possible.   Accordingly, the nature of the case is such that additional time is necessary for discovery, analysis of evidence by defense counsel, preparation of pre-trial motions, and plea negotiations.

5.      Periods of delay that extend the time within which trial should commence include delay resulting from a continuance of the trial date beyond the seventy day speedy trial date, if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).   For the reasons stated above, in this case the ends of justice served by continuing the trial of the matter outweigh the interests of the Defendant, and the public, in a speedy trial, and the resulting delay is permissible pursuant to 18 U.S.C. § 3161(h)(7).

6.      Defense counsel has advised that the defense does not object to the entry of this order.

Wherefore, the United States, through undersigned counsel, hereby requests that the Court issue an unopposed Order providing for the requested exclusion of time from the date of this Motion through October 20, 2014.   A proposed Order is submitted herewith.

2

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
    Michael C. Hanlon
    Assistant United States Attorney

    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    410-209-4895
    Fax: 410-962-3124

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NO. RDB-14-0143** |
| | : | |
| | : | |
| | : | |
| ANTWANE KNIGHT | : | |

.oOo.

**ORDER**

Upon consideration of the Government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

The Court has issued a scheduling order setting forth dates for the filing of pretrial motions, a motions hearing, a pretrial conference, and a trial.  Motions are due on July 11, 2014; a motions hearing has been scheduled for August 4, 2014; and trial is currently scheduled for October 20, 2014.

The Court hereby excludes from the computation of time under the Speedy Trial Act the period from the date of the filing of the government's Motion through the trial date of October 20, 2014.   Although that time period is beyond the seventy-day period normally provided by the Speedy Trial Act, such scheduling is permitted by the provisions of the Act.   At this time, discovery is being provided to the defense and plea negotiations are continuing.   Substantial discovery, including wiretap recordings, wiretap applications, police reports and other materials, has been provided to the defense.   The government will also be preparing a possible plea agreement and the parties anticipate plea negotiations.   Defense counsel will need sufficient time to review the discovery in this case, to discuss the case with her client, to consider plea options, and to prepare pretrial motions.   To that end, the defense has requested the preparation

of a pre-plea criminal history report.

Given the nature of the case, the requested exclusion of time is necessary.   This case involves a defendant charged with a large drug-trafficking conspiracy following a wiretap investigation that lasted for several months, along with numerous instances of law enforcement surveillance, interception of narcotics, and search warrants.   Accordingly, the nature of the case is such that additional time is necessary for discovery, analysis of evidence by defense counsel, preparation of pre-trial motions, and plea negotiations.

Therefore, because the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial, the period from the date of the government's Motion through October 20, 2014 is excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).   In addition, the defendant has been advised that this Order would be sought and has not stated any objection.

Therefore, it is hereby ORDERED pursuant to 18 U.S.C. § 3161(h)(7), that the period from the date of the government's Motion through October 20, 2014 shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.


_____                    _____
Date                                Richard D. Bennett
                                    United States District Judge