

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael C. Hanlon*  *Suite 400*  DIRECT: 410-209-4895
*Chief, Violent Crimes*  *36 S. Charles Street*  MAIN: 410-209-4800
*Michael.Hanlon@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

August 18, 2014

Honorable Richard D. Bennett
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:    United States v. Antwane Knight
             Crim. No. RDB-14-0143

Dear Judge Bennett:

    I believe that the parties were instructed to report to the Court on the status of any plea in this case by today. The government has proffered a plea agreement to counsel and has asked the defense for an answer within two weeks time. Accordingly, the government requests that it be permitted to report back to the Court on or before September 2, 2014. I thank the Court for its consideration of this matter.

                                         Very truly yours,

                                         Rod J. Rosenstein
                                         United States Attorney

                                         _____/s/_____
                                         Michael C. Hanlon
                                         Assistant United States Attorney

cc:     Counsel via ECF