**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | U.S.Courthouse - Chambers 5D |
| **Richard D. Bennett** | 101 W. Lombard Street |
| **United States District Judge** | Baltimore, MD 21201 |
| **Northern Division** | Tel:  410-962-3190 |
| | Fax: 410-962-3177 |

December 29, 2014

TO COUNSEL OF RECORD

RE:   *USA v. Antwane Knight*
         Criminal No. RDB-14-0143

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled. The Revised Schedule is as follows:

**Tuesday, March 24, 2015 at 3:00 p.m.**

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/brt